**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7571**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DARRON OWENS, a/k/a Dee,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Cameron McGowan Currie, District
Judge.  (5:01-cr-00084-CMC-3)

Submitted:  December 13, 2012      Decided:  December 19, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darron Owens, Appellant Pro Se. Stacey Denise Haynes, Mark C.
Moore, Assistant United States Attorneys, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darron Owens appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Owens, No. 5:01-cr-00084-CMC-3 (D.S.C. July 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED